IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALFREDA CARR** <br> Administratrix of Estate of Efrem Carr | : <br> : <br> :    CIVIL ACTION <br> **VS.**                            : <br> **OFFICER THOMAS D'ALESIO**    :    NO. 13-3968 <br> AND <br> **CITY OF PHILADELPHIA**       :    **JURY TRIAL DEMANDED** <br> Defendants |

## ORDER

**AND NOW**, this 15 day of May, 2014 upon considerations of the within Motion to Compromise Wrongful Death and Survival Actions, it is hereby ORDERED that the Plaintiff is authorized to enter into a settlement with the Defendants for the gross sum of $95,000.00

It is further ORDERED and DECREED that the settlement proceeds are allocated as follows:

| | |
|---|---|
| Wrongful Death | $73,150.00 |
| Survival Action | $21,850.00 |

It is further ORDERED and DECREED that the settlement shall be distributed as follows:

1) TO: Swartz Culleton PC for costs:                        $1,748.37

2) TO: Swartz Culleton PC for attorney fees:            $38,000.00

3) WRONGFUL DEATH

    TO: Alfreeda Carr                                            $42,643.86

4) SURVIVAL ACTION

    TO: Alfreeda Carr, Administratrix of the Estate of
    Efrem Carr, Deceased                                   $12,607.77

| TOTAL SETTLEMENT | $95,000.00 |
|---|---|

Counsel for Plaintiff shall file with the Court within sixty (60) days an affidavit certifying compliance with this Order.

BY THE COURT:

_____ J.
Restrepo